# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nautilus Insurance Company

                                  Plaintiff,

v.                                                                               Case No.: 1:23−cv−01205

                                                                                 Honorable Thomas M. Durkin

Klay Construction, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 13, 2023:

       MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing held on 10/13/2023. Plaintiff's motion for summary judgment and default judgment [32] is granted. Enter Order. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.