IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-01205 |
| KLAY CONSTRUCTION, INC., STANISLAW ) | |
| BUCZYNSKI, and MARZENA BUCZYNSKI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

This matter coming before the Court on Plaintiff, Nautilus Insurance Company's, Combined Motion for Summary Judgment and Default Judgment [ECF 32-34]. On April 20, 2023, the Clerk of the Court entered an Order of Default against Defendant, Klay Construction [ECF 18]. Defendants, Stanislaw Buczynski and Marzena Buczynski, do not oppose Nautilus' Motion. The Court makes the following findings in connection with Nautilus' Motion.

On or about September 21, 2021, AAA-1 Masonry & Tuckpointing, Inc. was a general contractor for the jobsite located at the Lakeside at Walden Condominiums, 1810 Hemlock Place, in the City of Schaumburg, the County of Cook, and the State of Illinois (hereinafter, the "Jobsite"). On or about September 21, 2021, Klay Construction was a masonry subcontractor for the Jobsite.

Stanislaw Buczynski is the President of Stanley Masonry, Inc. Mr. Buczynski performed masonry work for Stanley Masonry, Inc., as an employee, contractor, or independent contractor. At some point in early 2021, Klay Construction retained Stanley Masonry, Inc. to perform masonry work at the Jobsite. Stanley Masonry, Inc. was a contractor, independent contractor, or subcontractor of Klay Construction in connection with the Jobsite. Between March 2021 and

September 2021, Klay Construction issued checks to Stanley Masonry, Inc. for work performed by Mr. Buczynski at the Jobsite.

On September 21, 2021, Mr. Buczynski was at the Jobsite to perform masonry work in his capacity as an employee, contractor, or independent contractor of Stanley Masonry, Inc. Mr. Buczynski alleges he was injured on or about September 21, 2021, when he fell from scaffolding while working at a jobsite. Mr. Buczynski and his wife Marzenz Buczynski filed a personal injury lawsuit filed in the Circuit Court of Cook County, Illinois, which is currently pending under case no. 2022L007834 and which seeks to recover for injuries Mr. Buczynsi allegedly sustained on September 21, 2021 (the "Underlying Lawsuit").

Nautilus issued a commercial general liability policy to Klay Construction as the named insured bearing policy no. NN1206155, effective from May 10, 2021 to May 10, 2022 (the "Policy"). The Policy provides, in relevant part, that Nautilus will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" to which the insurance applies. The Policy affords a duty to defend the insured against any "suit" seeking damages because of "bodily injury" to which the insurance applies.

Coverage under the Policy is subject to an exclusion titled, "Exclusion – Injury to Employees, Contractors, Volunteers and Other Workers" (Form L205 (11/10)) (the "Injury to Contractors Exclusion"). The Injury to Contractors Exclusion provides that the Policy does not apply to the following:

> "Bodily injury" to:
>
> **(1)** "Employees", "leased workers", "temporary workers", "volunteer workers", statutory "employees", casual workers, seasonal workers, contractors, subcontractors, or independent contractors of any insured; or

**(2)** Any insured's contractors', subcontractors', or independent contractors' "employees", "leased workers", "temporary workers", "volunteer workers", statutory "employees", casual workers, seasonal workers, contractors, subcontractors, or independent contractors

arising out of and in the course of:

**(a)** Employment by any insured; or
**(b)** Directly or indirectly performing duties related to the conduct of any insured's business; or

* * *

This exclusion applies:

**(1)** Regardless of where the:

**(a)** Services are performed; or
**(b)** "Bodily injury" occurs; and

**(2)** Whether any insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

IT IS HEREBY ORDERED:

A. Nautilus' Motion is granted;

B. The Injury to Contractors Exclusion applies;

C. Summary judgment is entered in favor of Nautilus and against Defendants Stanislaw and Marzena Buczynski on Counts I and II of Nautilus' Amended Complaint for Declaratory Judgment;

D. Default judgment is entered in favor of Nautilus and against Klay Construction on Counts I and II of Nautilus' Amended Complaint for Declaratory judgment; and

E. Nautilus has and had no duty to defend or indemnify Klay Construction in the Underlying Lawsuit.

*Thomas M. Durkin*
Thomas M. Durkin

10/13/2023