# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Nautilus Insurance Company,

Plaintiff(s),

v.

Klay Construction, Inc. et al,

Defendant(s).

Case No. 23-cv-01205
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Summary judgment is entered in favor of Nautilus and against Defendants Stanislaw and Marzena Buczynski on Counts I and II of Nautilus' Amended Complaint for Declaratory Judgment. Default judgment is entered in favor of Nautilus and against Klay Construction on Counts I and II of Nautilus' Amended Complaint for Declaratory judgment.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion.

Date: 10/13/2023                         Thomas G. Bruton, Clerk of Court

Kerwin Posley, Deputy Clerk